THE TIMKEN-DETROIT COMPANY, Respondent, v. CHARLES P. BOYE, Appellant.— Order of the County Court of Westchester county affirming the order of the City Court of New Rochelle denying defendant's motion to open a default and vacate a judgment in an action growing out of a collision between two automobiles unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

BERNARD TREPTOW, Respondent, v. EMILIO DI BIANCO, Appellant, and Others, Defendants.— Order in a foreclosure action, denying appellant's motion to be relieved from a stipulation of settlement affirmed, with ten dollars costs and disbursements. (Schmidt v. Massapequa Company, Inc., 241 App. Div. 773.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

FANNIE WEINER, Appellant, v. CHARLES Z. WEINER, Respondent.— Order setting aside order that adjudged defendant in contempt, directing that he be discharged from custody upon payment of one hundred dollars, and modifying the judgment of separation by reducing the alimony from fifty dollars to fifteen dollars a week affirmed, without costs. No opinion. Of course this determination will not prevent plaintiff from applying to the court for an increase in the amount of alimony if defendant's financial situation warrants. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

BEACH 54TH ST., INC., Respondent, v. EDGEMERE RENTING OFFICE, INC., and Others, Appellants, and Others, Defendants.— In view of the decision in Beach 54th St., Inc., v. Edgemere Renting Office, Inc. [post, p. 850], decided herewith, the motion for a stay pending the hearing and determination of the appeal is dismissed. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ALBERT E. BROWN, Plaintiff, Respondent, Appellant, v. STEAMSHIP TERMINAL OPERATING CORPORATION, Defendant, Respondent, and MERCUR CORPORATION, Appellant.— Motion of Steamship Terminal Operating Corporation for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ. [See ante, p. 836.]

CHRISTINE E. CARLOCK, as Administratrix, etc., of WILLIAM F. CARLOCK, Deceased, Appellant, v. WESTCHESTER LIGHTING COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

HERMAN COHEN, Respondent, v. EMANUEL FEDER and Others, Copartners, etc., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

ELIZABETH COLE, Respondent, v. CLIFFORD LOEW and Another, Doing Business under the Firm Name and Style of the YELLOW CAB COMPANY, Appellants.— Motion of appellant J. D. Cronk & Sons, Inc., for leave to appeal to the Court of Appeals denied. Present -- Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.